No. 589. Tweedie Trading Company, Petitioner, *v.* New York and Boston Dyewood Company. February 29,

1904. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. Everett P. Wheeler* for petitioner. *Mr Wilhelmus Mynderse* for respondent.